IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TODD THOMAS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D21-2991
LT Case No. 05-2019-CF-018841-A

_____/

Decision filed July 12, 2022

Appeal from the Circuit Court
for Brevard County,
Lisa Davidson, Judge.

Matthew J. Metz, Public Defender,
and Teresa D. Sutton, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.